**<u>UNPUBLISHED</u>**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-2409**

_____

AUGUST WALKER,

                                  Plaintiff - Appellant,

        versus

LOCKHEED MARTIN CORPORATION,

                                  Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-00-1263)

_____

Submitted:  April 30, 2001                Decided:  May 15, 2001

_____

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John M. Clifford, Peter F. Butcher, CLIFFORD, LYONS & GARDE, Washington, D.C., for Appellant.  R. Mark Dare, Jennifer J. Dacey, REED, SMITH, HAZEL & THOMAS, L.L.P., Falls Church, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

August Walker appeals the district court's order granting Lockheed Martin Corporation's motion for summary judgment in this employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. We note in particular that Walker legally suffered no adverse employment action. See Boone v. Goldin, 178 F.3d 253, 255-56 (4th Cir. 1999); Page v. Bolger, 645 F.2d 227, 233 (4th Cir. 1981) (en banc). Accordingly, we affirm on the reasoning of the district court. See Walker v. Lockheed Martin Corp., No. CA-00-1263 (E.D. Va. Sept. 29, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED